1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27

LINK 69

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VU NGUYEN,<br><br>          Plaintiff,<br><br>   vs.<br><br>TAM M. BUI, MD, INC., a California professional corporation; , a California corporation; HEALTHCARE REALTY TRUST INCORPORATED, a Maryland corporation; and DOES 1-10,<br><br>          Defendants | Case No. 8:24-cv-00499-HDV-ADS<br><br>**[PROPOSED] ORDER DISMISSING ACTION WITH PREJUDICE AS TO DEFENDANT HEALTHCARE REALTY TRUST INCORPORATED ONLY** |

[PROPOSED] ORDER DISMISSING ACTION WITH PREJUDICE AS TO
HEALTHCARE REALTY TRUST INCORPORATED ONLY

1

1 | **[PROPOSED] ORDER**

2     Having reviewed the parties' stipulation, the Court orders that this action

3 against defendant HEALTHCARE REALTY TRUST INCORPORATED be

4 dismissed with prejudice with each side bearing their own attorney fees, costs, and

5 litigation expenses.

6

7     **IT IS SO ORDERED.**

8

9

10

11 Dated: _4/7/25_____

12                                   Hon. Hernán D. Vera
                                   United States District Judge

[PROPOSED] ORDER DISMISSING ACTION WITH PREJUDICE AS TO
HEALTHCARE REALTY TRUST INCORPORATED ONLY

2