UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VU NGUYEN,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>TAM M. BUI, MD, INC., a California professional corporation;<br><br>　　　　　Defendant | Case No. 8:24-cv-00499-HDV-ADS<br><br>[~~PROPOSED~~] JUDGMENT |

　　　Judgment is entered in favor of Plaintiff Vu Nguyen and against Defendant Tam M. Bui, M.D., Inc., in accordance with the Court's Order [Dkt. No. 74], as follows: Defendant Tam M. Bui, M.D., Inc., shall pay Plaintiff Vu Nguyen $80,000.

Dated: 5/15/25

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

[PROPOSED] JUDGMENT
1